**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
-------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

                                **Appellee,**    :   **AFFIRMATION IN SUPPORT OF**
                                                  **MOTION FOR AN ENLARGEMENT**
                                                    **OF TIME**
                **- against -**                                :

                                                                   :
**TYRIEK SKYFIELD,**                              **Docket # 24-2022-cr**
                                  **Appellant.**
-------------------------------------------------------------x

RICHARD PALMA, an attorney duly admitted to practice law before this Court certifies the following under penalty of perjury:

1. I am CJA counsel for the appellant in the above-captioned criminal matter and I submit this affirmation in support of a motion pursuant to FRAP 31(a), 32(a)(7)(B), for an Order enlarging the time to file the brief and appendix on appeal for 7 days from the current deadline of December 16, 2024 to December 23, 2024. This is a second, and final request, for an extension of time.

2. Since the Court granted by previous motion for an enlargement of time, my November 18th trial was continued to December 2, 2024 and did not end until this past Monday, December 9, 2024 before Hon. Jed S. Rakoff, U.S.D.J.

3. Notwithstanding the Court's consideration in granting my request for the appointment of an associate to assist me in the research and writing of the brief, we still cannot meet the current deadline of December 16th because in addition to my reviewing and editing the final brief and assembling the

voluminous exhibits for the appendix, I was advised by the printer that given the number of exhibits he is unable to meet the current deadline. I have never before failed to meet a court-imposed filing deadline. In this instance, considering the time constraints of the unexpected continuation of the trial from November 18th to December 2nd and its unexpected length of more than the anticipated 3 days, for these reasons, I am respectfully asking for an additional 7 days.

*Richard Palma*
Richard Palma Bar No. RP 4441

Dated: December 11, 2024